THE HONORABLE JUDGE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR24-2027SAB |
| Plaintiff, ) | |
| ) | LETTERS IN SUPPORT |
| vs. ) | |
| JESUS ANTONIO MIRELEZ (a/k/a "Dizzy"), ) | |
| Defendant. ) | |

COMES NOW the defendant, Jesus Antonio Mirelez, by and through his attorney, Wayne C. Fricke of the Hester Law Group, Inc., P.S., and submits the following.

Attached hereto and incorporated herein by this reference are true and correct copies of letters in support of Mr. Mirelez, which the Court is asked to consider for the purposes of sentencing.

RESPECTFULLY SUBMITTED this 25th day of July, 2025.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By:   /s/ Wayne C. Fricke
WAYNE C. FRICKE
WSB #16550

Letters in Support - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

David Kennedy <davidkennedy690@gmail.com>

Thu, Jul 24, 9:2 PM (16 hours ago)

to me

Hi, to whoever may concern in respect I would like to say my name is Nevaeh Estrada, I am Jesus Antonia Mirelez's niece. I am 15 years old, I represent Franklin middle school as an 8th grader. I am looking forward on attending Davis high school next year as a freshman. I will be attending Yv-Tech this summer for Culinary Arts for the summer as half a credit for High school. I enjoy doing volleyball and soccer as another back up to keep me occupied and to continue doing good in school and keeping my grades in check. My uncle really isn't just like an uncle to me. He was another father figure into my life that I didn't know I needed. He supported me when I would talk about sports, he would help me out to when it came down to Art or shading my drawings. He came and supported me at my volleyball game when I wasn't even good at it but he still told me good job and that I tried. He took me out of town and spoiled me, he got me food, he bought my ticket so I can go and enjoy myself at an arcade and tried keeping me over night but my mom didn't agree to it. Jesus really is a loving and caring person. He loves his nieces, nephews, and his mom so much and he would do anything in his power to keep us safe.

Jesus is my son, not by blood but it takes more then that to be a family.

Jesus is the most caring person in the world. If you got to know him like I have you would I am not just talking but telling you the truth.

Jesus would give the shirt off his back for anyone that needed a shirt, and he has done just that.

I know Jesus is not perfect by a long shot, But given the life he has had I think he has done pretty good .

After Jesus got out of prison he had to deal with camaras on him at all times, even watching his home 24/7 , people from his past wanting to do him harm. Do his family harm.

I don't know how much of all this my son is being charged with is true but I do know that If my son did have a gun, It was to protect his family and himself.

The last time Jesus was sent to prison I had just been givin 2 years to live and thought I would never see my son again. Now I face that again, I am still here for now but who knows how long that will be for .

I ask you on behalf of me Jesus dad, his mother, his 4 sisters , his kids and 17 nieces and nephews look at my son, look at him and see what he can be, not what he has been

David Kennedy

July 23, 2025

Amanda Mirelez


Dear honorable judge,


I hope this letter finds you well & in good health. My name is Amanda Mirelez, and I am writing you this letter on behalf of my brother Jesus Antonio Mirelez, who is involved in a legal matter.

The reason that I am writing this letter is I hope you can see what type of person Jesus really is, despite the transgressions that led us to this point. He is my brother.
He has always been extremely kind, wholehearted, funny, trustworthy, reliable & well regarded among is peers.


The transgressions of crimes he had committed, should not be the only factor you look at in this case. I kindly ask to in favor to please consider Jesus's efforts he has made. Which was his strong work ethic & hobbies as well as his commitments from being present with his family & especially his children.

I can tell you without a doubt that my brother Jesus is extremely remorseful from his own actions. He has expressed it himself so many times and has vented so much. I believe it has been reflected in efforts to make amends and to the court. It was some terrible things he has done, yes. Quite devastating, but Jesus deserves a second chance. I hope you will be willing to give him one.


Sincerely,

Amanda Mirelez

## CERTIFICATE OF SERVICE

Kristine M. Triboulet, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Jesus Antonio Mirelez (a/k/a "Dizzy"), defendant.

Signed at Tacoma, Washington this 25th day of July, 2025.

                                                    */s/ Kristine M. Smith*
                                                  Kristine M. Smith