# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>-vs-<br><br>JESUS ANTONIO MIRELEZ,<br><br>         Defendant. | Case Nos.   1:22-CR-2099-SAB-1<br>       1:24-CR-2027-SAB-13<br><br>**CRIMINAL MINUTES**<br><br>DATE:   JULY 30, 2025<br><br>LOCATION:   YAKIMA, WA<br><br>**REVOCATION OF SUPERVISED RELEASE HEARING AND SENTENCING HEARING** |

### CHIEF JUDGE STANLEY A. BASTIAN

| Michelle Fox | 01 | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Benjamin Seal | | Wayne Fricke | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** Carrie Valencia/Jennifer Dykstra/Phil Casey ||||

[ X ]  Open Court     [  ]  Chambers     [  ]  Telecon/Video

Defendant present and in custody of the US Marshal.

Court addresses counsel. 2 petitions with 5 violations. How are the parties proceeding.

W. Fricke states defendant will admit the violations.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. 23, III, 57-71 months.

No objections to the presentence report.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 2:30 P.M. | ADJOURNED: 3:03 P.M. | TIME: 33 MIN. | CALENDARED [ X ] |
|---|---|---|---|

USA  -vs-  J. Mirelez                                                                                     July 30, 2025
1:22-CR-2099-SAB-1/1:24-CR-2027-SAB-13                                           Page 2
Revocation of Supervised Release Hearing/Sentencing Hearing

Supervised Release Case:

Court confirms with defendant that he is ready to admit to the violations.
    Defendant indicates yes.

Court asks defendant if he agrees and stipulates that the Court can review and rely on the evidence in the petition in deciding whether he is in violation of supervised release.  Court outlines the penalties and sentencing guidelines.
    Defendant indicates yes.

Court outlines violation 1.
    Defendant admits violation 1.

Court outlines violation 2.
    Defendant admits violation 2.

Court outlines violation 3.
    Defendant admits violation 3.

Court outlines violation 4.
    Defendant admits violation 4.

Court outlines violation 5.
    Defendant admits violation 5.

Court finds that based on the evidence in the petition and the defendant's admissions, the Court finds that defendant is in violation of supervised release and finds violations 1 through 5 have been committed.

Sentencing:

B. Seal presents argument and outlines recommendations.   High end for both cases.  Consecutive sentence to both cases.

W. Fricke presents argument and outlines recommendations.  Recommend RDAP.  36 months.  Recommend Mendota.
    Court questions counsel regarding reason for Mendota.
    W. Fricke indicates he has family near facility.

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
    W. Fricke indicates defendant waives the reading of the conditions.

Court speaks to the defendant.

Defendant speaks to the Court.  Asking to have contact with my wife and mother.  Would like to have no-contact order lifted.

Court speaks to the defendant.  Court outlines the 3553 factors.   Court will recommend Mendota.

Imprisonment:   71 months. Credit for time served.   Sentence will run consecutive.

Supervised Release:   3 years.   With all the standard conditions and the following special conditions:

*USA -vs- J. Mirelez*  July 30, 2025
1:22-CR-2099-SAB-1/1:24-CR-2027-SAB-13  Page 3
Revocation of Supervised Release Hearing/Sentencing Hearing

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

6. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

SPA: $100.00.

Fine: Waived.

Waiver of right to appeal discussed for the Sentencing case.

B. Seal moves to dismiss all remaining counts. Court DISMISSES all remaining counts.

Court discusses Final Order of Forfeiture. No objection. Court will sign Order.

Supervised Release Case:

Imprisonment: 12 months. Sentence will run consecutive.

Supervised Release: Terminate. No further supervision in this case.

Right to appeal administered for the Supervised Release case.